UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    TRACY K REED  
    SAUNDRA K REED  
        Debtor(s)

Case No. 09-28688

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/05/2009.

2) The plan was confirmed on 09/30/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/22/2010.

5) The case was converted on 07/22/2010.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $51,450.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,375.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $9,375.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $692.11 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $525.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,217.11

Attorney fees paid and disclosed by debtor:    $1,700.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACADEMY COLLECTION SERVICE | Unsecured | 636.44 | NA | NA | 0.00 | 0.00 |
| ACTIVITY COLLECTION SVC | Unsecured | 762.91 | 762.91 | 762.91 | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 1,672.19 | NA | NA | 0.00 | 0.00 |
| ANDERSON & ASSOCS | Unsecured | 148.89 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 923.00 | 923.66 | 923.66 | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 146.80 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 1,556.00 | NA | NA | 0.00 | 0.00 |
| BEST BUY/HRS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ASSET RECOVERY LLC | Unsecured | NA | 156.27 | 156.27 | 0.00 | 0.00 |
| CAPITAL ASSET RECOVERY LLC | Secured | 5,150.00 | 5,150.00 | 5,150.00 | 1,672.83 | 106.85 |
| CARS COLLISION | Unsecured | 383.65 | NA | NA | 0.00 | 0.00 |
| CCS | Unsecured | 1,349.08 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY INC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY INC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY INC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CHADWICKS | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| CHASE AUTOMOTIVE FINANCE COR | Secured | 19,833.04 | 19,833.04 | 19,833.04 | 5,961.51 | 416.70 |
| CHASE AUTOMOTIVE FINANCE COR | Unsecured | NA | 202.40 | 202.40 | 0.00 | 0.00 |
| CHECK BROKERAGE CORP | Unsecured | 49.44 | NA | NA | 0.00 | 0.00 |
| CHICAGO TRIBUNE | Unsecured | 26.25 | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS | Unsecured | 2,110.64 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 867.31 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 200.00 | 662.20 | 662.20 | 0.00 | 0.00 |
| COLUMBIA COLLEGE | Unsecured | 5,713.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 718.00 | NA | NA | 0.00 | 0.00 |
| CREDIT METATORS | Unsecured | 403.13 | NA | NA | 0.00 | 0.00 |
| CROSS CHECK | Unsecured | 522.00 | NA | NA | 0.00 | 0.00 |
| CROSS COUNTRY BANK | Unsecured | 923.66 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SRVS | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SRVS | Unsecured | 330.06 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DOMINICKS FINER FOODS | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 618.40 | NA | NA | 0.00 | 0.00 |
| ELECTRONIC CHECK CORP | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT A CAR | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| EQUIFAX CHECK SERVICE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| FRANZ WEYANDT | Unsecured | 373.12 | NA | NA | 0.00 | 0.00 |
| GC SERVICES | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| GOODWIN & BRYAN | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Unsecured | 1,444.56 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Unsecured | 1,352.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE CORP | Unsecured | 1,407.58 | 2,236.22 | 2,236.22 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | 205.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 18,946.27 | 19,256.61 | 19,256.61 | 0.00 | 0.00 |
| JEWEL FOOD STORES | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| LTD COMMODITIES | Unsecured | 234.52 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 827.00 | NA | NA | 0.00 | 0.00 |
| MID AMERICA BANK | Unsecured | 533.13 | NA | NA | 0.00 | 0.00 |
| MURPHY MARTIN RECOVERY INC | Unsecured | 251.28 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE EYE ASSOCIATES | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEMS | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| NEUQUA VALLEY HIGH SCHOOL | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 550.57 | 550.57 | 0.00 | 0.00 |
| OBERWEIS DAIRY | Unsecured | 452.66 | NA | NA | 0.00 | 0.00 |
| OLD NAVY | Unsecured | 81.28 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF ILLINOIS | Unsecured | 2,423.44 | 353.26 | 353.26 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 458.05 | 458.05 | 458.05 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 590.46 | 590.46 | 590.46 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 636.00 | 636.44 | 636.44 | 0.00 | 0.00 |
| PROACTIVE | Unsecured | 45.90 | NA | NA | 0.00 | 0.00 |
| RMI/MCSI | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| RMI/MCSI | Unsecured | 120.00 | 120.00 | 120.00 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 302.00 | 302.45 | 302.45 | 0.00 | 0.00 |
| RUSSELL V FU | Unsecured | 150.60 | NA | NA | 0.00 | 0.00 |
| SAFEWAY CHECKS SERVICES | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| SAFEWAY CHECKS SERVICES | Unsecured | 145.65 | NA | NA | 0.00 | 0.00 |
| SCULLEN MIDDLE SCHOOL | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 2,478.60 | 7,682.30 | 7,682.30 | 0.00 | 0.00 |
| STATE FARM | Unsecured | 141.99 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 1,490.00 | NA | NA | 0.00 | 0.00 |
| TREASURE ISLAND FOODS | Unsecured | 92.71 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 130.42 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 158.87 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| U HAUL | Unsecured | 109.06 | NA | NA | 0.00 | 0.00 |
| UNIQUE NATIONAL COLLECTION | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 156.64 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT | Unsecured | 315.96 | NA | NA | 0.00 | 0.00 |
| WALGREENS | Unsecured | 108.69 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $24,983.04 | $7,634.34 | $523.55 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$24,983.04** | **$7,634.34** | **$523.55** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$35,143.80** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,217.11 |
| Disbursements to Creditors | $8,157.89 |
| **TOTAL DISBURSEMENTS :** | **$9,375.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/10/2010          By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**